

# Fourth Court of Appeals
## San Antonio, Texas

June 26, 2015

No. 04-15-00234-CV

**IN THE INTEREST OF J.F.B., ET AL., CHILDREN,**

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 13-10-0610-CVW
Melissa Uram-Degerolami, Judge Presiding

# O R D E R

Appellant Dorothy D.B.'s motion for extension of time to file brief is hereby GRANTED. Time is extended to July 13, 2015. Further extensions of time will be disfavored.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court